FILED
2010 Feb-02  AM 10:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NKOSI A. DUBOSE, | ) |
| Petitioner, | ) |
| v. | ) 2:09-cv-01392-KOB-JEO |
| WARDEN J.L. GILES and TROY KING, THE ATTORNEY GENERAL of the STATE of ALABAMA, | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The court has considered the Petition (doc. 1) along with Magistrate Judge's Report and Recommendation (doc. 11) that this petition be dismissed as barred by the applicable statute of limitations and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.  The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed.  The court will enter an appropriate Order.

**DONE**, this the 2nd day of February, 2010.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE