# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **NKOSI A. DUBOSE,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 2:09-cv-01392-KOB-JEO |
| ) | |
| **WARDEN J.L. GILES and** ) | |
| **TROY KING, THE ATTORNEY** ) | |
| **GENERAL of the STATE of ALABAMA,** ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

In accord with the Memorandum of Opinion entered contemporaneously herewith, the court **ORDERS** that this petition for writ of habeas corpus be **DISMISSED WITH PREJUDICE** as barred by the applicable statute of limitations.

Costs are taxed to the petitioner.

**DONE**, this the 2nd day of February, 2010.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE